UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Oliver W. Wanger
United States District Judge
Fresno, California

RE:  BOBBY LOUIS SUMMERFIELD
Docket Number:  1:01CR05407 OWW
PERMISSION TO TRAVEL
OUTSIDE THE COUNTRY

Your Honor:

The releasee is requesting permission to travel to Ensenada, Baja California, Mexico, via an ocean cruise.  He has been under supervision since June 30, 2000, and is current with all supervision obligations.  His term of supervised release terminates in June 29, 2005.  The probation officer recommends approval be granted.

**Conviction and Sentencing Date:**  On June 26, 1995, the releasee was sentenced for the offense(s) of Conspiracy to Possess with Intent to Distribute Cocaine, and Distribution of Cocaine, in violation of 21 USC 846 and 841(b)(1)(A).

**Sentence imposed:**  120 months BOP; 60 months TSR; $50 SA

**Special Conditions:** (modified March 23, 2000) 1)  Drug/Alcohol Aftercare, which may include drug testing; 2) Co-payment; 3) Search

**Dates and Mode of Travel:**  June 6 through June 10, 2005, via Royal Carribean Cruise (leaving out of Los Angeles).

**Purpose:**  Vacation with his wife.

Respectfully Submitted,

/s/ Hubert Alvarez

**HUBERT J. ALVAREZ**
**Senior United States Probation Officer**

RE:  **BOBBY LOUIS SUMMERFIELD**
     Docket Number:  1:01CR05407 OWW
     <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

**DATED:**   May 12, 2005
             Fresno, California
             HJA

**REVIEWED BY:**     */s/ Ben Blankenship for:*
                    **BRUCE A. VASQUEZ**
                    **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved _____X_____                   Disapproved _____

May 16, 2005                             /s/ OLIVER W. WANGER
_____               _____
**Date**                                 **Oliver W. Wanger**
                                         **United States District Judge**